IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00147–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOHN GEORGES,

      Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a five-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **July 3, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse. Therefore, it is

      **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Wednesday**, June 28, 2006**. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Monday, <u>June 26, 2006</u>.

Dated: June 23, 2006